BEFORE THE THIRD DIVISION, SEPTEMBER 20, 1966

**No. P66/219.**—Kotake Co., Limited, and American Customs Brokerage Co. et al. *v.* United States, protests 63/4921, etc. (Honolulu).
**No. P66/220.**—Aloha Factors and American Customs Brokerage Co. et al. *v.* United States, protests 63/22249, etc. (Honolulu).
**No. P66/221.**—Hadley's Bakery, Inc., and American Customs Brokerage Co. et al. *v.* United States, protests 64/1903, etc. (Honolulu).

Donlon, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Iso peanuts, peanut crackers, and Japanese rice crackers similar in all material respects to those the subject of *Hilo Rice Mill Co., Ltd., American Customs Brokerage Company et al.* v. *United States* (52 CCPA 106, C.A.D. 866), the claim of the plaintiffs was sustained.